United States District Court
Southern District of Texas
**ENTERED**
May 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, *Plaintiff*, v. IDEXX LABORATORIES, INC., *Defendant*. | CASE NO. 4:18-CV-786 |

## ORDER SETTING HEARING

The Court will hold a hearing on Plaintiff's motion to remand, ECF No. 70, on:

> Friday, May 31, 2019, at 11:00 a.m.
> in Courtroom 702 (7th Floor)
> United States Courthouse
> 515 Rusk Street Houston, TX 77002

To ensure full notice, whomever receives this notice must confirm that every other party knows of the setting.

Signed on May 14, 2019, at Houston, Texas.

_____
Dena Hanovice Palermo
United States Magistrate Judge