United States District Court
Southern District of Texas
**ENTERED**
August 28, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,** §§§§ | |
| **Plaintiff,** § | |
| **VS.** § | **CIVIL ACTION NO. 4:18-CV-0786** |
| §§§ | |
| **IDEXX LABORATORIES, INC.** § | |
| § | |
| **Defendant.** | |

## ORDER

On August 28, 2019, the Court granted Plaintiff's motion to remand. (Doc. No. 100.)

Accordingly, the case is hereby **REMANDED** to the 189th Judicial District Civil Court,

Harris County, Texas, effective August 28, 2019.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 28th day of August, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE