United States District Court
Southern District of Texas
**ENTERED**
August 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-0786 |
| | § | |
| IDEXX LABORATORIES, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Summary Judgment (Doc. No. 42), Defendant's Motion for Summary Judgment (Doc. No. 43), Defendant's Motion to Compel Return of Inadvertently Produced Privileged Documents (Doc. No. 56), and Plaintiff's Motion to Strike the Declaration of Neil Gilbert. (Doc. No. 61.) On August 28, 2019, the Court **GRANTED** Plaintiff's Motion to Remand. (Doc. No. 70.) Therefore, Defendant's Motion for Summary Judgment, Plaintiff's Motion for Summary Judgment, Defendant's Motion to Compel, and Plaintiff's Motion to Strike are **DENIED AS MOOT**. (Doc. Nos. 42, 43, 56, 61.)

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 29th day of August, 2019.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE