UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § § § § | |
| Plaintiff, VS. | § § | CIVIL ACTION NO. 4:18-CV-0786 |
| IDEXX LABORATORIES, INC. Defendant. | § § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Motion to Remand filed by Plaintiff. (Doc. No. 70.) On July 16, 2019, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that the Motion be granted. (Doc. No. 94.) Defendant filed its objections on July 30, Plaintiff filed its response on August 13, and Defendant filed its reply on August 23. (Doc. Nos. 95, 96, 99.)

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R & R to which Defendant objected. The Court finds that the first factor of the *Tradigrain* analysis weighs in favor of finding that the Board is an arm of the state. *See e.g.*, *Sissom v. Univ. of Tex. High School*, 927 F.3d 343, 347-49 (5th Cir. June 13, 2019) (sovereign immunity); *King v. Univ. of Tex. Health Sci. Ctr.-Houston*, 544 F. App'x 490, 495-96 (5th Cir. 2013) (sovereign immunity). However, in all other respects, the Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** in part the R & R and **GRANTS** Plaintiff's Motion to Remand.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 28th day of August, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE